**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **MARTIN J. FRANKENFIELD, III,** | **Bankruptcy No. 16-12915 ELF** |
| Debtor | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Second Amended Chapter 13 Plan and the Debtor requests that the court grant the Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date: October 8, 2019

                          Respectfully submitted,

                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

        by:    */s/ George M. Lutz*

                          George M. Lutz, Esquire
                          1025 Berkshire Blvd., Suite 700
                          Wyomissing, PA  19610
                          Attorney I.D. No. 46437
                          Phone:  610-779-0772