**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**MARTIN J. FRANKENFIELD, III,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-12915 ELF** |
|---|---|

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Debtor's Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  November 7, 2019

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1025 Berkshire Blvd., Suite 700
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772