# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Martin J. Frankenfield III
                Debtor

Lakeview Loan Servicing, LLC
             v.
Martin J. Frankenfield III
             and
Scott F. Waterman Esq.
            Trustee

Chapter 13

NO. 16-12915 ELF

## ORDER

AND NOW, this 21st day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 8, 2016 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2104 Freemansburg Avenue Easton, PA 18042.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**