United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12915-elf
Martin J. Frankenfield, III                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi            Page 1 of 1            Date Rcvd: Jan 21, 2020
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
db          +Martin J. Frankenfield, III,    2104 Freemansburg Avenue,    Easton, PA 18042-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:
    DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    GEORGE M. LUTZ    on behalf of Debtor Martin J. Frankenfield, III glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                         TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Martin J. Frankenfield III
        Debtor

Lakeview Loan Servicing, LLC
    v.
Martin J. Frankenfield III
      and
Scott F. Waterman Esq.
      Trustee

Chapter 13

NO. 16-12915 ELF

### ORDER

AND NOW, this 21st day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 8, 2016 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2104 Freemansburg Avenue Easton, PA 18042.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**