| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-12915-PMM

MARTIN J. FRANKENFIELD, III
2104 FREEMANSBURG AVENUE
EASTON  PA    18042

Petition Filed Date: 04/26/2016
341 Hearing Date: 06/21/2016
Confirmation Date: 03/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $525.00 | 1000008526 | 03/14/2019 | $525.00 | 1000008543 | 04/30/2019 | $525.00 | 1000008548 |
| 07/22/2019 | $525.00 | 1000008871 | 08/30/2019 | $560.00 | 1000008561 | 10/01/2019 | $560.00 | 71402 |
| 10/28/2019 | $560.00 | 1000071616 | 12/11/2019 | $560.00 | 1000071632 | 01/08/2020 | $560.00 | 1000071326 |
| 02/10/2020 | $560.00 | 1000071660 | 03/09/2020 | $560.00 | 1000071427 | 04/27/2020 | $560.00 | 1000071700 |
| 05/19/2020 | $560.00 | 1000071437 | 07/13/2020 | $525.00 | 1000071441 | 07/24/2020 | $35.00 | 1000071443 |

**Total Receipts for the Period:  $7,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Unsecured Creditors | $10,314.96 | $0.00 | $10,314.96 |
| 4 | EDUCATIONAL CREDIT MGMT CORP »» 004 | Unsecured Creditors | $12,585.55 | $0.00 | $12,585.55 |
| 5 | M&T BANK »» 05A | Mortgage Arrears | $15,675.16 | $11,735.45 | $3,939.71 |
| 5 | M&T BANK »» 05B | Mortgage Arrears | $3,971.03 | $2,972.97 | $998.06 |
| 3 | REGIONAL ACCEPTANCE CORP »» 003 | Unsecured Creditors | $2,572.95 | $0.00 | $2,572.95 |
| 2 | SANTANDER CONSUMER USA »» 02U | Unsecured Creditors | $14,613.42 | $0.00 | $14,613.42 |
| 2 | SANTANDER CONSUMER USA »» 002 | Secured Creditors | $56.48 | $56.48 | $0.00 |
| 6 | WELLS FARGO BANK N A »» 006 | Unsecured Creditors | $500.65 | $0.00 | $500.65 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,444.82 | $1,444.82 | $0.00 |

**Chapter 13 Case No. 16-12915-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,200.00 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $21,209.72 | Arrearages: | $1,120.00 |
| Paid to Trustee: | $1,958.78 | Total Plan Base: | $29,360.00 |
| Funds on Hand: | $31.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.