**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **MARTIN J. FRANKENFIELD, III,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 16-12915 PMM** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Third Amended Chapter 13 Plan were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on November 5, 2020 and/or via first class mail on November 6, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

DENISE ELIZABETH CARLON on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

WILLIAM EDWARD CRAIG on behalf of Creditor Credit Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

JOSHUA I. GOLDMAN on behalf of Creditor Lakeview Loan Servicing, LLC - Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

THOMAS I. PULEO on behalf of Creditor Lakeview Loan Servicing, LLC - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

Martin J. Frankenfield, III
2104 Freemansburg Avenue
Easton, PA  18042

                                               **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    */s/ Alyssa J. Merkey*
                         1025 Berkshire Blvd., Suite 700
                         Wyomissing, PA  19610
                         610-779-0772

```
Label Matrix for local noticing        Credit Acceptance Corporation       Educational Credit Management Corporation
0313-4                                  25505 West Twelve Mile Rd          P.O. Box 16408
Case 16-12915-pmm                       PO Box 513                         St. Paul, MN 55116-0408
Eastern District of Pennsylvania        Southfield, MI 48037-0513
Reading
Fri Nov  6 14:55:51 EST 2020

Santander Consumer USA Inc.             United States Trustee              Reading
P.O. Box 562088, Suite 900 North        Office of the U.S. Trustee         United States Bankruptcy Court
Dallas, TX 75356-2088                   200 Chestnut Street                Office of the Clerk, Gateway Building
                                        Suite 502                          201 Penn Street, 1st Floor
                                        Philadelphia, PA 19106-2908        Reading, PA 19601-4038

Credit Acceptance                       Credit Acceptance                  George M. Lutz, Esquire
25505 West Twelve Mile Rd               POB 551888                         Hartman, Valeriano, Magovern & Lutz, P.C
Suite 3000                              Detroit, MI 48255-1888             1025 Berkshire Blvd., Suite 700
Southfield MI 48034-8331                                                   Wyomissing, PA 19610-1284


George M. Lutz, Esquire                 Lakeview Loan Servicing, LLC       Lakeview Loan Servicing, LLC
Hartman, Valeriano, Magovern & Lutz, P.C 4425 Ponce De Leon                KML Law Group, P.C.
1100 Berkshire Blvd., Suite 301         Mail Stop MS5/251                  701 Market Street, Suite 5000
Wyomissing, PA 19610-1292               Miami, FL 33146-1873               Philadelphia, PA 19106-1541


Lakeview Loan Servicing, LLC            Lakeview Loan Servicing, LLC       (p)M&T BANK
c/o KML Law Group, PC                   c/o M&T Bank                       LEGAL DOCUMENT PROCESSING
701 Market Street, Suite 5000           P.O. Box 840                       626 COMMERCE DRIVE
Philadelphia, PA 19106-1541             Buffalo, NY 14240-0840             AMHERST NY 14228-2307


PA HIGHER EDU/AES                       REGIONAL ACCEPTANCE CORP           Regional Acceptance Corporation
POB 61017                               1424 E FIRE TOWER RD               PO Box 1847
Harrisburg, PA 17106-1017               GREENVILLE, NC 27858-4105          Wilson, NC 27894-1847


Santander Consumer USA                  Santander Consumer USA, Inc.      Suntrust
8585 N STEMMONS FWY                     P.O. Box 961245                   PHEAA
STE 1000                                Fort Worth TX 76161-0244          PO Box 8147
Dallas, TX 75247-3800                                                     Harrisburg, PA 17105-8147


Tek Collect                             Wells Fargo Bank                  GEORGE M. LUTZ
P.O. Box 1269                           PO Box 5058 MAC P6053-021         Hartman, Valeriano, Magovern, Lutz, PC
Columbus, OH 43216-1269                 Portland, OR 97208-5058           1025 Berkshire Blvd.
                                                                          Suite 700
                                                                          P.O. Box 5828
                                                                          Wyomissing, PA 19610-5828

Martin J. Frankenfield III              SCOTT F. WATERMAN (Chapter 13)
2104 Freemansburg Avenue                Chapter 13 Trustee
Easton, PA 18042-5312                   2901 St. Lawrence Ave.
                                        Suite 100
                                        Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T Bank
PO BOX 900
Millsboro, DE  19966

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lakeview Loan Servicing, LLC | (d)Credit Acceptance Corporation<br>25505 West Twelve Mile Rd<br>PO Box 513<br>Southfield, MI 48037-0513 | (d)Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| (d)Santander Consumer USA Inc.<br>P.O. Box 562088, Suite 900 North<br>Dallas, TX 75356-2088 | (d)Santander Consumer USA, Inc.<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    5<br>Total                 30 |