## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| **MARTIN J. FRANKENFIELD, III,** | Chapter 13  Bankruptcy |
| Debtor | Bankruptcy No. 16-12915 PMM |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**TO:**   Lakeview Loan Servicing, LLC (Proof of Claim No. 5):

Debtor, Martin J. Frankenfield, III, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE PATRICIA M. MAYER, ON MARCH 11, 2021 AT 11:00 AM, IN THE GATEWAY BUILDING, 4TH FLOOR COURTROOM, 201 PENN STREET, READING, PA  19601.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

**Date:**  February 5, 2021

                         **Respectfully submitted,**

                         **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz

                         **George M. Lutz, Esquire**
                         **1025 Berkshire Boulevard, Suite 700**
                         **Wyomissing, PA  19610**
                         **Pa. Attorney ID No.: 46437**