**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Martin J. Frankenfield III | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-12915PMM |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Lakeview Loan Srving LLC;

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $ 144952.62 has been filed in your name by George Lutz, Esq. on 2/5/21.

Dated: <u>February 8, 2021</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Randi Janoff</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)