**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**MARTIN J. FRANKENFIELD, III,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-12915 PMM** |

**CERTIFICATE OF SERVICE**

     I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Claim and Hearing Date and Debtor's Objection to Proof of Claim No. 5 of Lakeview Loan Servicing, LLC, were served upon the addresses listed below by way of electronic means on February 5, 2021 and/or via first class mail on February 8, 2021:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

DENISE ELIZABETH CARLON on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

WILLIAM EDWARD CRAIG on behalf of Creditor Credit Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

JOSHUA I. GOLDMAN on behalf of Creditor Lakeview Loan Servicing, LLC - Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

THOMAS I. PULEO on behalf of Creditor Lakeview Loan Servicing, LLC - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:   */s/ Alyssa J. Merkey*
    1025 Berkshire Blvd., Suite 700
    Wyomissing, PA  19610
    610-779-0772