**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**MARTIN J. FRANKENFIELD, III,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-12915 PMM** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw Debtor's Objection to Proof of Claim No. 5 of Lakeview Loan Servicing, LLC, filed on February 5, 2021 to Docket No: 83.

**Dated:**  February 19, 2021

                              Respectfully submitted,

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

              by:    */s/ George M. Lutz*

                              George M. Lutz, Esquire
                              1025 Berkshire Blvd., Suite 700
                              Wyomissing, PA  19610
                              Attorney I.D. No. 46437
                              Phone:  610-779-0772
                              Fax:     610-779-7473