**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **MARTIN J. FRANKENFIELD, III,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 16-12915 PMM** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw Proof of Claim No. 9, filed by Debtor, on behalf of Lakeview Loan Servicing, LLC, on February 5, 2021.

**Dated:** February 19, 2021

                        Respectfully submitted,

                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

      by:    */s/ George M. Lutz*

                        George M. Lutz, Esquire
                        1025 Berkshire Blvd., Suite 700
                        Wyomissing, PA  19610
                        Attorney I.D. No. 46437
                        Phone:  610-779-0772
                        Fax:     610-779-7473