**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**MARTIN J. FRANKENFIELD, III,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-12915 PMM** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: March 17, 2021

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                **by:**    */s/ George M. Lutz*

                           George M. Lutz, Esquire
                           1025 Berkshire Blvd, Suite 700
                           Wyomissing, PA 19610
                           Attorney I.D. No. 46437
                           Phone: 610-779-0772
                           Fax: 610-779-7473