**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**  **MARTIN J. FRANKENFIELD, III,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 16-12915 PMM** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Fifth Amended Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest by way of electronic means on April 13, 2021 and/or via first class mail on April 14, 2021:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

DENISE ELIZABETH CARLON on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

WILLIAM EDWARD CRAIG on behalf of Creditor Credit Acceptance Corporation - ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

JOSHUA I. GOLDMAN on behalf of Creditor Lakeview Loan Servicing, LLC - Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com; angelica.reyes@padgettlawgroup.com

THOMAS I. PULEO on behalf of Creditor Lakeview Loan Servicing, LLC - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

Martin J. Frankenfield, III
2104 Freemansburg Avenue
Easton, PA  18042

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    */s/ Alyssa J. Merkey*
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610
610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 16-12915-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Apr 14 13:31:53 EDT 2021 | Credit Acceptance Corporation<br>25505 West Twelve Mile Rd<br>PO Box 513<br>Southfield, MI 48037-0513 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Santander Consumer USA Inc.<br>P.O. Box 562088, Suite 900 North<br>Dallas, TX 75356-2088 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 |
| Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance<br>POB 551888<br>Detroit, MI 48255-1888 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd., Suite 700<br>Wyomissing, PA 19610-1284 |
| George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1100 Berkshire Blvd., Suite 301<br>Wyomissing, PA 19610-1292 | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon<br>Mail Stop MS5/251<br>Miami, FL 33146-1873 | Lakeview Loan Servicing, LLC<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| Lakeview Loan Servicing, LLC<br>c/o KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| PA HIGHER EDU/AES<br>POB 61017<br>Harrisburg, PA 17106-1017 | REGIONAL ACCEPTANCE CORP<br>1424 E FIRE TOWER RD<br>GREENVILLE, NC 27858-4105 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Santander Consumer USA<br>8585 N STEMMONS FWY<br>STE 1000<br>Dallas, TX 75247-3800 | Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth TX 76161-0244 | Suntrust<br>PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| Tek Collect<br>P.O. Box 1269<br>Columbus, OH 43216-1269 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 |
| Martin J. Frankenfield III<br>2104 Freemansburg Avenue<br>Easton, PA 18042-5312 | Scott F Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T Bank
PO BOX 900
Millsboro, DE  19966

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

(d)Credit Acceptance Corporation
25505 West Twelve Mile Rd
PO Box 513
Southfield, MI 48037-0513

(d)Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

(d)Santander Consumer USA Inc.
P.O. Box 562088, Suite 900 North
Dallas, TX 75356-2088

(d)Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161-0244

End of Label Matrix
Mailable recipients    25
Bypassed recipients     5
Total                  30