UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re:<br><br>MARTIN J. FRANKENFIELD, III,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 16-12915 PMM |
|---|---|

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

*Patricia M. Mayer* (signature)

**Date: May 28, 2021**

Patricia M. Mayer
United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610

Office of the United States Trustee
900 Market Street
Suite 304
Philadelphia, PA  19107

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606