Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 16-12915-PMM**

MARTIN J. FRANKENFIELD, III  
2104 FREEMANSBURG AVENUE  
EASTON  PA    18042

Petition Filed Date: 04/26/2016  
341 Hearing Date: 06/21/2016  
Confirmation Date: 03/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $560.00 | 1000071326 | 02/10/2020 | $560.00 | 1000071660 | 03/09/2020 | $560.00 | 1000071427 |
| 04/27/2020 | $560.00 | 1000071700 | 05/19/2020 | $560.00 | 1000071437 | 07/13/2020 | $525.00 | 1000071441 |
| 07/24/2020 | $35.00 | 1000071443 | 09/15/2020 | $560.00 | 1000071453 | 12/01/2020 | $375.00 | 1000079269 |
| 12/30/2020 | $375.00 | 1000071468 | 02/02/2021 | $375.00 | 1000071473 | 03/02/2021 | $375.00 | 1000071477 |
| 03/31/2021 | $375.00 | 1000071480 | 04/28/2021 | $375.00 | 1000071484 | 06/01/2021 | $375.00 | 1000071489 |

**Total Receipts for the Period: $6,545.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,385.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP  »» 001 | Unsecured Creditors | $10,314.96 | $0.00 | $10,314.96 |
| 4 | EDUCATIONAL CREDIT MGMT CORP  »» 004 | Unsecured Creditors | $12,585.55 | $0.00 | $12,585.55 |
| 5 | M&T BANK  »» 05A | Mortgage Arrears | $15,675.16 | $12,162.71 | $3,512.45 |
| 5 | M&T BANK  »» 05B | Mortgage Arrears | $3,971.03 | $3,081.21 | $889.82 |
| 3 | REGIONAL ACCEPTANCE CORP  »» 003 | Unsecured Creditors | $2,572.95 | $0.00 | $2,572.95 |
| 2 | SANTANDER CONSUMER USA  »» 02U | Unsecured Creditors | $14,613.42 | $0.00 | $14,613.42 |
| 2 | SANTANDER CONSUMER USA  »» 002 | Secured Creditors | $56.48 | $56.48 | $0.00 |
| 6 | WELLS FARGO BANK N A  »» 006 | Unsecured Creditors | $500.65 | $0.00 | $500.65 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC  »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,444.82 | $1,444.82 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 7 | M&T BANK  »» 009 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | M&T BANK  »» 05P | Mortgage Arrears | $3,374.79 | $0.00 | $3,374.79 |

**Chapter 13 Case No. 16-12915-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,385.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $21,745.22 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,209.78 | Total Plan Base: | $35,010.00 |
| Funds on Hand: | $2,430.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.