Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 16-12915-PMM**

MARTIN J. FRANKENFIELD, III  
2104 FREEMANSBURG AVENUE  
EASTON  PA   18042

Petition Filed Date: 04/26/2016  
341 Hearing Date: 06/21/2016  
Confirmation Date: 03/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $375.00 | 1000071484 | 06/01/2021 | $375.00 | 1000071489 | 07/07/2021 | $375.00 | 1000071491 |
| 08/03/2021 | $375.00 | 1000090601 | 09/02/2021 | $375.00 | 1000090609 | 10/18/2021 | $375.00 | 1000090618 |
| 11/03/2021 | $375.00 | 1000082799 | 12/15/2021 | $375.00 | 1000090624 | 01/20/2022 | $375.00 | 1000082090 |
| 02/09/2022 | $375.00 | 1000082099 | 03/17/2022 | $375.00 | 1000091923 | 04/06/2022 | $375.00 | 1000091930 |
| 05/12/2022 | $375.00 | 1000091941 | 07/12/2022 | $375.00 | 1000090656 | 08/03/2022 | $375.00 | 1000090659 |

**Total Receipts for the Period: $5,625.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $31,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Unsecured Creditors | $10,314.96 | $0.00 | $10,314.96 |
| 4 | EDUCATIONAL CREDIT MGMT CORP »» 004 | Unsecured Creditors | $12,585.55 | $0.00 | $12,585.55 |
| 5 | M&T BANK »» 05A | Mortgage Arrears | $15,675.16 | $14,442.41 | $1,232.75 |
| 5 | M&T BANK »» 05B | Mortgage Arrears | $3,971.03 | $3,658.72 | $312.31 |
| 3 | REGIONAL ACCEPTANCE CORP »» 003 | Unsecured Creditors | $2,572.95 | $0.00 | $2,572.95 |
| 2 | SANTANDER CONSUMER USA »» 02U | Unsecured Creditors | $14,613.42 | $0.00 | $14,613.42 |
| 2 | SANTANDER CONSUMER USA »» 002 | Secured Creditors | $56.48 | $56.48 | $0.00 |
| 6 | WELLS FARGO BANK N A »» 006 | Unsecured Creditors | $500.65 | $0.00 | $500.65 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,444.82 | $1,444.82 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 7 | M&T BANK »» 009 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | M&T BANK »» 05P | Mortgage Arrears | $3,374.79 | $2,190.34 | $1,184.45 |
| 10 | TEK COLLECT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-12915-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,260.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $28,292.77 | Arrearages: | $375.00 |
| Paid to Trustee: | $2,622.23 | Total Plan Base: | $35,010.00 |
| Funds on Hand: | $345.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.