United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-12915-pmm
Martin J. Frankenfield, III                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 3
Date Rcvd: May 26, 2023                       Form ID: 138OBJ                          Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Martin J. Frankenfield, III, 2104 Freemansburg Avenue, Easton, PA 18042-5312 |
| 14404808 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 13888225 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1100 Berkshire Blvd., Suite 301, Wyomissing, PA 19610-1292 |
| 13722471 | + | Lakeview Loan Servicing, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13715817 | + | PA HIGHER EDU/AES, POB 61017, Harrisburg, PA 17106-1017 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 27 2023 00:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 27 2023 00:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13715813 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:55:00 | Credit Acceptance, POB 551888, Detroit, MI 48255-1888 |
| 13717009 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:55:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 13732364 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:55:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| 13884361 | | Email/Text: ECMCBKNotices@ecmc.org | May 27 2023 00:56:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13715814 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:56:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon, Mail Stop MS5/251, Miami, FL 33146-1837 |
| 13715815 | ^ | MEBN | May 27 2023 00:47:29 | Lakeview Loan Servicing, LLC, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13747848 | ^ | MEBN | May 27 2023 00:47:22 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13715816 | | Email/Text: camanagement@mtb.com | May 27 2023 00:56:00 | M & T Bank, PO BOX 900, Millsboro, DE 19966 |
| 13715818 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 27 2023 00:59:54 | REGIONAL ACCEPTANCE CORP, 1424 E FIRE TOWER RD, GREENVILLE, NC 27858-4105 |
| 13738798 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 27 2023 00:59:54 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13715819 | + | Email/Text: enotifications@santanderconsumerusa.com | May 27 2023 00:56:00 | Santander Consumer USA, 8585 N STEMMONS FWY, STE 1000, Dallas, TX 75247-3800 |

| 13743514 | + Email/Text: enotifications@santanderconsumerusa.com | May 27 2023 00:56:00 | Santander Consumer USA Inc., P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| 13732658 | + Email/Text: enotifications@santanderconsumerusa.com | May 27 2023 00:56:00 | Santander Consumer USA., Inc., P.O. Box 961245, Fort Worth TX 76161-0244 |
| 13742590 | + Email/Text: bncnotifications@pheaa.org | May 27 2023 00:56:00 | Suntrust, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13715820 | + Email/Text: Bankruptcy@TekCollect.com | May 27 2023 00:56:00 | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 13791641 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 27 2023 00:59:30 | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14404809 | *+ | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14038751 | *+ | Santander Consumer USA., Inc., PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Martin J. Frankenfield III glutz@hvmllaw.com, HartmanValerianoMagovernLutzPC@jubileebk.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor Lakeview Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |

District/off: 0313-4                          User: admin                                    Page 3 of 3
Date Rcvd: May 26, 2023                       Form ID: 138OBJ                          Total Noticed: 23

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

THOMAS I. PULEO
                        on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Martin J. Frankenfield, III

             Debtor(s)

Case No: 16−12915−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/26/23